UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05**CR **1 0 1 0 3** GAC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD P. VARJABEDIAN (1), | ) | Violations: |
| DIANA VARJABEDIAN (2), | ) | 18 U.S.C. §371 |
| WILLIAM MACKER (3), | ) | 31 U.S.C. §5324(a) |
| THOMAS P. STILLSON (4), | ) | 26 U.S.C. §7201 |
| STEPHEN A. TWOMBLY (5), | ) | 26 U.S.C. §7206(1) |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Conspiracy - 18 U.S.C. §371)

### INTRODUCTION

1.    At times material to the allegations contained in this Indictment:

a.    Defendant Edward P. Varjabedian ("Defendant Varjabedian") was an individual who owned and controlled West Harwich Sunoco, a/k/a Ed's West Harwich Sunoco, a sole proprietorship gas station, service station, and convenience store located on Cape Cod.  Defendant Varjabedian maintained a residence in Dennis, Massachusetts.

b.    Defendant Diana Varjabedian, sister of Defendant Varjabedian, maintained a residence in Yarmouthport, Massachusetts.

c.    Defendant William Macker ("Defendant Macker") was an

individual who worked at West Harwich Sunoco and maintained a residence in Dennisport, Massachusetts.

d.     Defendant Thomas P. Stillson ("Defendant Stillson") was an individual who worked at West Harwich Sunoco and maintained a residence in Brewster, Massachusetts.

e.     Defendant Stephen A. Twombly ("Defendant Twombly") was an individual who worked at West Harwich Sunoco and maintained a residence in Dennisport, Massachusetts.

## THE CONSPIRACY

2.     Beginning on a date prior to June, 1991 and continuing to in or about July, 2002, the exact dates being unknown to the Grand Jury, in the District of Massachusetts and elsewhere, the defendants

EDWARD P. VARJABEDIAN
DIANA VARJABEDIAN
WILLIAM MACKER
THOMAS P. STILLSON and
STEPHEN A. TWOMBLY

did knowingly and willfully combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to commit an offense against the United States, namely, to knowingly and willfully defraud the United States, in particular, the Internal Revenue Service of the Department of the Treasury, by impeding, impairing, obstructing and defeating its lawful government function to ascertain, compute, assess, and collect revenue, namely, income and employment taxes, in violation of

2

Title 18, United States Code, Section 371.

## OBJECTIVES OF THE CONSPIRACY

3.     The objectives of the conspiracy were for Defendants
VARJABEDIAN, DIANA VARJABEDIAN, MACKER, STILLSON and TWOMBLY and
others known and unknown to the Grand Jury to evade the payment
of income taxes by means of "skimming" (e.g. taking control of
proceeds without recording receipt as proceeds) and hiding cash
and cash equivalents from West Harwich Sunoco and to evade the
payment of federal employment taxes by means of understating the
wages paid to employees of West Harwich Sunoco.

## MANNER AND MEANS OF THE CONSPIRACY

4.     It was part of the conspiracy that Defendants
VARJABEDIAN, DIANA VARJABEDIAN, MACKER, STILLSON, TWOMBLY and
others known and unknown to the Grand Jury acted to achieve the
objects of the conspiracy in several ways, including but not
limited to the following.

5.     Defendants VARJABEDIAN, MACKER, STILLSON, and TWOMBLY
instructed customers of West Harwich Sunoco to make checks for
payment of services or goods payable personally to Defendant
VARJABEDIAN rather than to West Harwich Sunoco, thus enabling
Defendant VARJABEDIAN to cash the checks at his bank.   The work
orders/service orders corresponding to such payments, made by
check payable to Defendant VARJABEDIAN, were then destroyed.

6.     Defendant VARJABEDIAN periodically collected customer

3

checks made payable to him from West Harwich Sunoco and cashed those checks at his bank. Defendant VARJABEDIAN also periodically removed cash receipts from West Harwich Sunoco. Defendant VARJABEDIAN converted the cash removed from West Harwich Sunoco into larger denominations (typically, but not always, to $100 bills) at his bank.

7.      Thereafter, the cash removed from West Harwich Sunoco was disposed of in the following ways, among others:

a.      Defendants VARJABEDIAN and DIANA VARJABEDIAN secreted more than $335,000 in cash in safe deposit boxes held solely in Defendant DIANA VARJABEDIAN's name for the express purpose of hiding the money from the Internal Revenue Service.

b.      Defendant VARJABEDIAN used cash in excess of $2.1 million to purchase United States Postal Money Orders, which in turn were used to purchase cigarette products and groceries for further sale by West Harwich Sunoco. None of these purchases were recorded on the books and records of West Harwich Sunoco or disclosed or reported to the Internal Revenue Service. However, Defendant VARJABEDIAN maintained separate records that tracked the cash payments to vendors.

c.      Defendant VARJABEDIAN used cash in excess of $209,000 to purchase United States Postal Money Orders which in turn were used to fund his personal lifestyle and Defendant VARJABEDIAN used cash in excess of $7,000 to purchase United States Postal

4

Money Orders which were deposited into an investment account in the name of Defendant DIANA VARJABEDIAN for the express purpose of hiding the money from the Internal Revenue Service.

    d.    Defendant VARJABEDIAN also used cash removed from West Harwich Sunoco, totaling more than $325,000, to pay unreported wages and commissions to employees of West Harwich Sunoco, including but not limited to Defendants MACKER, STILLSON, and TWOMBLY. Defendant VARJABEDIAN maintained separate records to track the cash payments to employees.

    8.    Defendants VARJABEDIAN, MACKER, STILLSON and TWOMBLY also used cash removed from the cash register at West Harwich Sunoco to purchase products from vendors, including but not limited to Orleans Auto Supply, Inc., South Shore Auto, Coastal Distributing, Coca Cola Bottling of New England, Cape and Islands Tire, and Ocean State Oil Company, without accurately recording those purchases or the ensuing sales on the books and records of West Harwich Sunoco.

    9.    Throughout the period covered by this indictment, the United States Postal Service was a financial institution required to record and maintain, for every transaction or group of contemporaneous transactions involving the purchase of money orders in amounts exceeding $3,000, information identifying, among other things, the name and address of the purchaser and his/her social security number. Defendant VARJABEDIAN knowingly

structured his purchases of United States Postal Service money orders in order to avoid such record requirements, all in a further attempt to hide the amounts of cash that were being skimmed from West Harwich Sunoco. During the relevant time period Defendant VARJABEDIAN purchased thousands of United States Postal Service money orders in this manner.

10. Throughout the period covered by this indictment, Defendant VARJABEDIAN filed false individual tax returns that failed to accurately report his business income, and also filed false Forms 940 and 941 that failed to reflect the cash wages paid to employees of West Harwich Sunoco. Defendants STILLSON and TWOMBLY received cash wages for their employment with West Harwich Sunoco and failed to report any of that income on their income tax returns. Defendant MACKER received cash wages for his employment with West Harwich Sunoco, without withholdings, and failed to file any income tax returns although prior to receiving cash wages for his West Harwich Sunoco employment, he did file income tax returns. The total tax due and owing as a result of the actions of the conspirators is in excess of $400,000.00.

11. Defendant VARJABEDIAN transferred other personal assets to be held in the name of Defendant DIANA VARJABEDIAN for the sole purpose of hiding the true nature of their ownership.

## OVERT ACTS

12.    In furtherance of the conspiracy, and to effect the objects thereof, Defendants VARJABEDIAN, DIANA VARJABEDIAN, MACKER, STILLSON, TWOMBLY, and others committed the following overt acts, among others, in the District of Massachusetts and elsewhere:

a.    On or about June 3, 1991, Defendant VARJABEDIAN opened two accounts with vendor Garber Brothers: account number 8926 in the name of "West Harwich Sunoco" and account number 8918 in the name of "West Harwich Sunoco - Miscellaneous."

b.    Throughout the period June, 1991 to July, 2002, Defendant VARJABEDIAN caused account number 8926 to be paid for exclusively by checks drawn on a West Harwich Sunoco bank account and account number 8918 to be paid for exclusively by United States Postal Money Orders.

c.    Throughout the period June, 1991 to July, 2002, Defendants VARJABEDIAN, MACKER, STILLSON and TWOMBLY caused or instructed customers of West Harwich Sunoco to pay for services by means of checks payable to Defendant VARJABEDIAN personally.

d.    On or about January 7, 1997, Defendant VARJABEDIAN purchased or caused to be purchased four postal money orders (numbers 6537902636, 6537902637, 6537902638, 6537902639) from United States Postal Service zip code 02660, each in the amount of $700.00 and payable to Garber Brothers, Inc.  Also on January

7

7, 1997, Defendant VARJABEDIAN purchased three postal money orders (numbers 6537968286, 6537968287, 6537968288) from United States Postal Service zip code 02639, each in the amount of $700.00 and payable to Garber Brothers, Inc.

e.     On or about September 3, 1998, Defendant VARJABEDIAN purchased or caused to be purchased three postal money orders (numbers 6895300124, 6895300125, 6895300126) from United States Postal Service zip code 02660, each in the amount of $700.00 and payable to Garber Brothers, Inc.

f.     On or about September 4, 1998, Defendant VARJABEDIAN purchased or caused to be purchased four postal money orders (numbers 6895245550, 6895245551, 6895245552, 6895245553) from United States Postal Service zip code 02638, each in the amount of $700.00 and payable to Garber Brothers, Inc.

g.     On or about September 7, 1999, Defendant VARJABEDIAN purchased or caused to be purchased four postal money orders (numbers 8332225818, 8332225819, 8332225820, 8332225821) from United States Postal Service zip code 02638, each in the amount of $700.00 and payable to Garber Brothers, Inc.  Also on September 7, 1999, Defendant VARJABEDIAN purchased three postal money orders (numbers 8391201306, 8391201307, 8391201308) from United States Postal Service zip code 02675, each in the amount of $700.00 and payable to Garber Brothers, Inc.

h.     On or about May 17, 2000, Defendant VARJABEDIAN

8

purchased or caused to be purchased three postal money orders
(numbers 8527611073, 8527611074, 8527611075) from United States
Postal Service zip code 02638, each in the amount of $700.00 and
payable to Garber Brothers, Inc. Also on May 17, 2000, Defendant
VARJABEDIAN purchased three postal money orders (numbers
8527804033, 8527804034, 8527804035) from United States Postal
Service zip code 02660, each in the amount of $700.00 and payable
to Garber Brothers, Inc.

i. On or about May 19, 2000, Defendant VARJABEDIAN
purchased or caused to be purchased three postal money orders
(numbers 8527611637, 8527611638, 8527611639) from United States
Postal Service zip code 02638, each in the amount of $700.00 and
payable to Garber Brothers, Inc. Also on May 19, 2000, Defendant
VARJABEDIAN purchased postal money order number 8527611640 from
United States Postal Service zip code 02638 in the amount of
$700.00 payable to Reid's Automotive.

j. On or about July 20, 2001, Defendant VARJABEDIAN
purchased or caused to be purchased four postal money orders
(numbers 8640842736, 8640842737, 8640842738, 8640842739) from
United States Postal Service zip code 02638, each in the amount
of $700.00 and payable to Garber Brothers, Inc. Also on July 20,
2001, Defendant VARJABEDIAN purchased four postal money orders
(numbers 8671763642, 8671763643, 8671763644, 8671763645) from
United States Postal Service zip code 02641, each in the amount

9

of \$700.00 and payable to Garber Brothers, Inc.

k.     On or about June 5, 2002, Defendant VARJABEDIAN
purchased or caused to be purchased four postal money orders
(numbers 9012134194, 9012134195, 9012134196, 9012134197) from
United States Postal Service zip code 02638, each in the amount
of \$700.00 and payable to Garber Brothers, Inc.  Also on June 5,
2002, Defendant VARJABEDIAN purchased four postal money orders
(numbers 9049951788, 9049951789, 9049951790, 9049951791) from
United States Postal Service zip code 02641, each in the amount
of \$700.00 and payable to Garber Brothers, Inc.

l.     During the period 1994 through July, 2002, Defendants
VARJABEDIAN and MACKER paid for all West Harwich Sunoco items
purchased from Garber Brothers through account number 8918 by
means of United States Postal Service money orders.

m.     During the period 1991 through July, 2002, Defendants
VARJABEDIAN, MACKER, STILLSON and TWOMBLY paid for auto parts and
supplies with cash from the West Harwich Sunoco cash register.

n.     On or about February 8, 2001, Defendant VARJABEDIAN
established an account at Orleans Auto Supply, Inc. in the name
of "Ed's Auto Repair."

o.     During the period 1991 through July, 2002, Defendant
VARJABEDIAN paid West Harwich Sunoco employees some or all of
their wages and commissions in cash.

p.     During the period 1991 through July, 2002, Defendant

10

VARJABEDIAN maintained separate records detailing cash payments to employees of West Harwich Sunoco.

q.      On or about August 8, 1999, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 560.00; Gary, 285.00, 361.00 (towing); Karl, 241.00; Steve, 258.00; Bob, 395.00, 158.00 (towing); Ted, 110.00, 54.00 (towing); Tom, 411.00, 157.00 (towing), 1267.00 (July commission); Rick, 82.00; David, 0.

r.      On or about December 27, 1998, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 514.00; Gary, 213.00; Karl, 160.00; Steve, 420.00; Bob, 289.00; Ted, 74.00, 49.00 (tow); Tom, 283.00, 150.00 (towing).

s.      On or about February 6, 2000, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 505.00; Gary, 295.00; Karl, 355.00; Steve, 243.00; Ted, 105.00, 85.00 (tows); Tom, 438.00, 150.10 (tows), 853.00 (January commission); Rick, 393.00.

t.      On or about September 10, 2000, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 651.00; Gary, 310.00, 32.00(tows); Steve, 317.00; Rich Ball, 195.00; Ted, 95.00; Tom, 299.00, 142.00 (towing), 1204.00 (August commission); Rick, 272.00, Eric, 417.00.

u.      On or about June 10, 2001, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 488.00, 20.00;

Gary, 363.00 (inc 3 tows 58.00); Steve, 365.00; Dick, 100.00; Ted, 108.00; Tom, 402.00, 28.00 (towing), 1134.00 (May commission); Rick, 202.00; Eric, 445.00; Bob Cassidy, 545.00.

    v.    On or about September 9, 2001, Defendant VARJABEDIAN made a record of the following cash payments: Bill, 661.00; Gary, 202.00; Steve, 455.00; Richard, 90.00; Ted, 107.00; Tom, 371.00, 995.00 (August commission), 250.00 (Brake commission), 224.00 (tows); Rick, 368.00; Eric, 501.00; Chris 537.00; Geoff, 417.00.

    w.    In or after 1994, Defendant DIANA VARJABEDIAN gave Defendant VARJABEDIAN a note instructing as follows: "EDWARD PAUL, IF I SHOULD DIE, THE FIRST THING YOU SHOULD DO IS RUN, DON'T WALK, TO BANKBOSTON AND CAPE COD COOP. AND WITHDRAW ALL FUNDS AND REDEPOSIT THEM IN AN ACCT. IN YOUR NAME ONLY."

    x.    In or after 1997, Defendant DIANA VARJABEDIAN gave Defendant VARJABEDIAN a note instructing him on how to get "control" of his money in her absence, including six withdrawal authorization forms signed by Defendant DIANA VARJABEDIAN and the advice that "( ... if you take the money and run away, spend it all at once, so there won't be any left when they find you!)."

    y.    On or about November 3, 1997, Defendant DIANA VARJABEDIAN deposited a check in the amount of $20,000, from Defendant VARJABEDIAN's money market account #71495668, to her personal checking account, BankBoston account number 820-31772.

    z.    On or about December 1, 1997, Defendant DIANA

VARJABEDIAN forwarded to Defendant VARJABEDIAN four original certificates of titles for motor vehicles owned by Defendant VARJABEDIAN, confirming that she was the owner of record in name only, that the vehicles were transferred to her on a "temporary basis only, and that the vehicles were not to be considered part of Defendant DIANA VARJABEDIAN's estate.  The writing further instructed Defendant VARJABEDIAN on how to proceed in the event of Defendant DIANA VARJABEDIAN's death.

aa.    On or about January 10, 1998, Defendant DIANA VARJABEDIAN opened a Super Savings Account at Cape Cod Cooperative Bank, in her own name in trust for Edward Paul Varjabedian, account number 800009530.

bb.    On or about August 6, 1998, Defendant DIANA VARJABEDIAN rented safe deposit box number 370 at Cape Cod Five Cents Savings Bank.

cc.    On or about August 6, 1998, Defendant DIANA VARJABEDIAN opened money market account number 791024201 at Cape Cod Five Cents Savings Bank, in her own name, and deposited $106,952.29 in funds.

dd.    On or about August 21, 1998, Defendant DIANA VARJABEDIAN wrote a note to Defendant VARJABEDIAN, informing him that Cape Cod Five Cents Savings Bank's financial services representative in Hyannis said that "if I put accts in trust for another person, they would require that person's social sec. no.

13

And 'it could come up in a search by the IRS but supposedly they can't access the funds unless I am deceased and you have the money... but whose to say - there are no guarantees.' So, I'm not making you trustee on any accts. If I die you better race around to all the banks before you call Doane Beale & Ames! Diana   PS.  I think of you each time I'm about to do something that could be dangerous - drive the car, go sailing, etc.  Maybe you should take out an insurance policy on me."

ee.     Throughout the period 1991 through July, 2002, Defendants MACKER, STILLSON, and TWOMBLY removed cash from the register at West Harwich Sunoco for the purpose of paying vendors and suppliers.

ff.     Throughout the period 1993 through 2002, Defendants MACKER, STILLSON and TWOMBLY accepted wages and commissions for their respective employment by West Harwich Sunoco in cash.

gg.     Throughout the period 1999 through 2002, Defendants STILLSON and TWOMBLY filed false individual tax returns that failed to include their respective cash wages and commissions.

hh.     Throughout the period 1993 through 2002, Defendant MACKER failed to file any individual tax returns reflecting the cash wages and commissions that he received as a result of his West Harwich Sunoco employment, although no withholdings were made from those payments.

ii.     Throughout the period 1999 through 2002, Defendant

14

VARJABEDIAN filed false individual, employer's unemployment, and employer's quarterly tax returns that failed to accurately report the income attributable to the business of West Harwich Sunoco and the wages and commissions paid to its employees.

jj.     Throughout the period 1999 through 2002, Defendant STILLSON prepared monthly statements that itemized the unreported repair income for West Harwich Sunoco for the purpose of calculating his cash commission, and then destroyed the records after sharing them with Defendant VARJABEDIAN for the purpose of receiving payment.

kk.     On or about January 31, 2000, Defendant VARJABEDIAN caused a false W-2 Wage and Tax Statement for calendar year 1999 to be issued to Defendant STILLSON.

ll.     On or about January 31, 2001, Defendant VARJABEDIAN caused a false W-2 Wage and Tax Statement for calendar year 2000 to be issued to Defendant STILLSON.

mm.     On or about January 31, 2002, Defendant VARJABEDIAN caused a false W-2 Wage and Tax Statement for calendar year 2001 to be issued to Defendant STILLSON.

All in violation of Title 18, United States Code, Section 371.

15

## COUNT TWO

(Structuring - 31 U.S.C. §5324(a))

13.    Paragraphs one through twelve are realleged and incorporated herein.

14.    On or about August 18, 2000, in the District of Massachusetts and elsewhere, Defendant

EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, including the United States Postal Service, did willfully structure, and attempt to structure, his transactions with the United States Postal Service by purchasing, and causing to be purchased, the following postal money orders:

| Money Order Number | Amount | Payee | U.S. Post Office Zip Code |
|---|---|---|---|
| 8527624679 | $700.00 | Garber Brothers | 02641 |
| 8527624680 | $700.00 | Garber Brothers | 02641 |
| 8527624681 | $700.00 | Garber Brothers | 02641 |
| 8527624682 | $700.00 | Garber Brothers | 02641 |

All in violation of Title 31, United States Code, Section 5324(a).

## COUNT THREE

(Structuring - 31 U.S.C. §5324(a))

15.    Paragraphs one through twelve are realleged and incorporated herein.

16

16.     On or about September 8, 2000, in the District of
Massachusetts and elsewhere, Defendant

EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting
requirements imposed upon domestic financial institutions,
including the United States Postal Service, did willfully
structure, and attempt to structure, his transactions with the
United States Postal Service by purchasing, and causing to be
purchased, the following postal money orders:

| Money Order Number | Amount | Payee | U.S. Post Office Zip Code |
|---|---|---|---|
| 8527624860 | $700.00 | Garber Brothers | 02641 |
| 8527624861 | $700.00 | Garber Brothers | 02641 |
| 8527624862 | $700.00 | Garber Brothers | 02641 |
| 8527624863 | $700.00 | Garber Brothers | 02641 |
| 8528064411 | $700.00 | Garber Brothers | 02638 |
| 8528064412 | $700.00 | Garber Brothers | 02638 |
| 8528064413 | $700.00 | Garber Brothers | 02638 |
| 8528064414 | $700.00 | Garber Brothers | 02638 |

All in violation of Title 31, United States Code, Section
5324(a).

## COUNT FOUR

(Structuring - 31 U.S.C. §5324(a))

17.     Paragraphs one through twelve are realleged and
incorporated herein.

18.     On or about January 8, 2001, in the District of
Massachusetts and elsewhere, Defendant

17

EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, including the United States Postal Service, did willfully structure, and attempt to structure, his transactions with the United States Postal Service by purchasing, and causing to be purchased, the following postal money orders:

| Money Order Number | Amount | Payee | U.S. Post Office Zip Code |
|---|---|---|---|
| 8607548070 | $700.00 | Garber Brothers | 02641 |
| 8607548071 | $700.00 | Garber Brothers | 02641 |
| 8607548072 | $700.00 | Garber Brothers | 02641 |
| 8607548073 | $700.00 | Garber Brothers | 02641 |
| 8607596224 | $700.00 | Garber Brothers | 02638 |
| 8607596225 | $700.00 | Garber Brothers | 02638 |
| 8607596226 | $700.00 | Garber Brothers | 02638 |
| 8607596227 | $700.00 | Garber Brothers | 02638 |

All in violation of Title 31, United States Code, Section 5324(a).

## COUNT FIVE

(Structuring - 31 U.S.C. §5324(a))

19.     Paragraphs one through twelve are realleged and incorporated herein.

20.     On or about August 7, 2001, in the District of Massachusetts and elsewhere, Defendant

EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions,

18

including the United States Postal Service, did willfully

structure, and attempt to structure, his transactions with the

United States Postal Service by purchasing, and causing to be

purchased, the following postal money orders:

| Money Order Number | Amount | Payee | U.S. Post Office Zip Code |
|---|---|---|---|
| 8617763677 | $700.00 | Prudential Securities | 02641 |
| 8617763678 | $700.00 | Prudential Securities | 02641 |
| 8640842679 | $700.00 | Garber Brothers | 02641 |

All in violation of Title 31, United States Code, Section

5324(a).

## COUNT SIX

(Structuring - 31 U.S.C. §5324(a))

21.      Paragraphs one through twelve are realleged and

incorporated herein.

22.      On or about March 15, 2002, in the District of

Massachusetts and elsewhere, Defendant

### EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting

requirements imposed upon domestic financial institutions,

including the United States Postal Service, did willfully

structure, and attempt to structure, his transactions with the

United States Postal Service by purchasing, and causing to be

purchased, the following postal money orders:

19

| Money Order Number | Amount | Payee | U.S. Post Office Zip Code |
|---|---|---|---|
| 9012133900 | $116.77 | Garber Brothers | 02638 |
| 9012133901 | $700.00 | Garber Brothers | 02638 |
| 9012133902 | $700.00 | Garber Brothers | 02638 |
| 9012133903 | $700.00 | Garber Brothers | 02638 |
| 9012133904 | $700.00 | Garber Brothers | 02638 |
| 9049951083 | $700.00 | Garber Brothers | 02641 |
| 9049951084 | $700.00 | Garber Brothers | 02641 |
| 9049951085 | $700.00 | Garber Brothers | 02641 |
| 9049951086 | $700.00 | Garber Brothers | 02641 |

All in violation of Title 31, United States Code, Section 5324(a).

## COUNT SEVEN

(Structuring -31 U.S.C. §5324(a))

23.     Paragraphs one through twelve are realleged and incorporated herein.

24.     On or about April 30, 2002, in the District of Massachusetts and elsewhere, Defendant

### EDWARD P. VARJABEDIAN,

for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, including the United States Postal Service, did willfully structure, and attempt to structure, his transactions with the United States Postal Service by purchasing, and causing to be purchased, the following postal money orders:

20

| Money Order<br>Number | Amount | Payee | U.S. Post Office<br>Zip Code |
|---|---|---|---|
| 9012133968 | $700.00 | Garber Brothers | 02638 |
| 9012133969 | $700.00 | Garber Brothers | 02638 |
| 9012133970 | $700.00 | Garber Brothers | 02638 |
| 9012133971 | $700.00 | Garber Brothers | 02638 |
| 9049951727 | $639.56 | Garber Brothers | 02641 |
| 9049951728 | $700.00 | Garber Brothers | 02641 |
| 9049951729 | $700.00 | Garber Brothers | 02641 |
| 9049951730 | $700.00 | Garber Brothers | 02641 |

All in violation of Title 31, United States Code, Section 5324(a).

COUNTS EIGHT THROUGH ELEVEN

(Tax Evasion - 26 U.S.C. §7201)

25.    Paragraphs one through twelve are realleged and incorporated herein.

26.    On or about the dates set forth, in the District of Massachusetts and elsewhere, Defendant

EDWARD P. VARJABEDIAN,

a resident of Dennis, Massachusetts, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America by filing and causing to be filed with the Internal Revenue Service false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, wherein for the calendar years 1998, 1999, 2000 and 2001 he understated the total profits of Ed's West Harwich Sunoco, thus stating that the amount of tax to be refunded to Defendant VARJABEDIAN or due and owing thereon by Defendant VARJABEDIAN were the sums listed in the

21

fifth column of the table below, whereas, as Defendant
VARJABEDIAN then and there well knew and believed, the total
profits of Ed's West Harwich Sunoco for each of said calendar
years was substantially in excess of that stated and that upon
said additional profit substantial additional taxes were due and
owing to the United States of America.

| Count | Tax<br>Year | Filing<br>Date | Falsely Reported<br>Business Income<br>(Per Return) | Falsely<br>Reported Tax<br>Claimed as Owed<br>/to be Refunded<br>(Per Return) |
|-------|------|---------|-------------|--------------|
| 8 | 1998 | 4/15/99 | $28,072 | ($1,724.00) |
| 9 | 1999 | 4/15/00 | $32,549.00 | $ 266.00 |
| 10 | 2000 | 4/15/01 | $16,517.00 | ($3,334.00) |
| 11 | 2001 | 4/15/02 | $18,740.00 | $ 663.00 |

COUNTS TWELVE THROUGH TWENTY SIX

(Filing False Tax Returns - 26 U.S.C. §7206(1))

27.     Paragraphs one through twelve are realleged and
incorporated herein.

28.     On or about the dates hereinafter set forth, in the
District of Massachusetts and elsewhere, Defendant

EDWARD P. VARJABEDIAN,

a resident of Dennis, Massachusetts, did willfully make and
subscribe Employer's Quarterly Federal Tax Returns, Forms 941,
and Employer's Annual Federal Unemployment Tax Returns (Forms
940-EZ), for the calendar years hereinafter specified, which were

22

verified by a written declaration that they were made under the penalties of perjury and were filed with the Internal Revenue Service, which said tax returns he did not believe to be true and correct as to every material matter in that they reported total wages and tips, plus other compensation in amounts hereinafter specified, whereas, as he then and there well knew and believed, the total wages and tips, plus other compensation, was substantially higher than that reported.

| COUNT | DATE OF OFFENSE | PERIOD | FALSELY CLAIMED ITEM | AMOUNT CLAIMED |
|-------|-----------------|--------|----------------------|----------------|
| 12 | 4/27/99 | 1/1/99 - 3/31/99 | Total Wages, Compensation | $10,608.00 |
| 13 | 7/15/99 | 4/1/99- 6/30/99 | Total Wages, Compensation | $11,022.50 |
| 14 | 10/21/99 | 7/1/99- 9/30/99 | Total Wages, Compensation | $13,532.00 |
| 15 | 1/28/00 | 10/1/99- 12/31/99 | Total Wages, Compensation | $ 9,958.00 |
| 16 | 1/28/00 | 1999 | Total Payments For Services Of Employees | $45,120.50 |
| 17 | 4/12/00 | 1/1/00 - 3/31/00 | Total Wages, Compensation | $10,348.00 |
| 18 | 7/28/00 | 4/1/00- 6/30/00 | Total Wages, Compensation | $ 9,148.00 |
| 19 | 10/26/00 | 7/1/00- 9/30/00 | Total Wages, Compensation | $10,468.00 |
| 20 | 1/26/01 | 10/1/00- 12/31/00 | Total Wages, Compensation | $ 8,938.00 |

| 21 | 1/26/01 | 2000 | Total Payments For Services Of Employees | $38,902.00 |
| 22 | 4/30/01 | 1/1/01 - 3/31/01 | Total Wages, Compensation | $ 8,112.00 |
| 23 | 7/13/01 | 4/1/01- 6/30/01 | Total Wages, Compensation | $ 7,842.00 |
| 24 | 10/13/01 | 7/1/01- 9/30/01 | Total Wages, Compensation | $10,004.00 |
| 25 | 1/19/02 | 10/1/01- 12/31/01 | Total Wages, Compensation | $10,002.00 |
| 26 | 1/19/02 | 2001 | Total Payments For Services Of Employees | $35,960.00 |

All in violation of Title 26, United States Code, Section 7206(1).

COUNTS TWENTY SEVEN THROUGH TWENTY NINE

(Tax Evasion - 26 U.S.C. §7201)

29.     Paragraphs one through twelve are realleged and incorporated herein.

30.     During the calendar years 1999, 2000, and 2001, Defendant

WILLIAM MACKER,

a resident of Dennisport, Massachusetts, had and received taxable income in the approximate sums set forth below; that upon said taxable income there was owing to the United States of America income tax in the approximate amounts listed; that well knowing and believing the foregoing facts, Defendant MACKER on or about

24

the dates specified, in the District of Massachusetts, did
wilfully attempt to evade and defeat the income tax due and owing
by him to the United States of America for the designated
calendar years by failing to make an income tax return on or
before the specified filing dates, as required by law, to any
proper officer of the Internal Revenue Service, by failing to pay
to the Internal Revenue Service said income tax, and by engaging
in affirmative acts of evasion to conceal and attempt to conceal
from all proper officers of the United States of America his true
and correct income, as more fully set forth in paragraphs four
through twelve of this Indictment, which are incorporated herein
by reference.

| COUNT | YEAR | FILING DATE | TAXABLE INCOME | TAX DUE AND OWING |
|-------|------|-------------|----------------|-------------------|
| 27 | 1999 | 4/15/00 | $27,397.00 | $3,052.50 |
| 28 | 2000 | 4/15/01 | $27,416.00 | $3,032.40 |
| 29 | 2001 | 4/15/02 | $29,626.00 | $3,326.40 |

All in violation of Title 26, United States Code, Section
7201.

COUNTS THIRTY THROUGH THIRTY TWO

(Tax Evasion - 26 U.S.C. §7201)

31.  Paragraphs one through twelve are realleged and
incorporated herein.

25

32.  On or about the dates set forth, in the District of Massachusetts and elsewhere, Defendant

STEPHEN A. TWOMBLY,

a resident of Dennisport, Massachusetts, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America by filing and causing to be filed with the Internal Revenue Service false and fraudulent U.S. Individual Income Tax Returns, Forms 1040EZ, wherein for the calendar years 1999, 2000, and 2001 he falsely reported his taxable income, thus stating that the amount of tax to be refunded to Defendant TWOMBLY or due and owing thereon by Defendant TWOMBLY were the sums listed in the fifth column of the table below, whereas, as Defendant TWOMBLY then and there well knew and believed, his taxable income for each of said calendar years was substantially in excess of that stated and that upon said additional income substantial additional taxes were due and owing to the United States of America.

| Count | Tax Year | Filing Date | Falsely Reported Income (Per Return) | Falsely Reported Tax Claimed as Owed /to be Refunded (Per Return) |
|-------|----------|-------------|--------------------------------------|-------------------------------------------------------------------|
| 30    | 1999     | 4/15/00     | $21,876.00                           | $ 165.40                                                          |
| 31    | 2000     | 4/15/01     | $22,392.00                           | $ 163.00                                                          |
| 32    | 2001     | 4/15/02     | $23,220.00                           | $ 144.80                                                          |

26

All in violation of Title 26, United States Code, Section 7201.

## COUNTS THIRTY THREE THROUGH THIRTY FIVE

(Tax Evasion - 26 U.S.C. §7201)

33. Paragraphs one through twelve are realleged and incorporated herein.

34. On or about the dates set forth, in the District of Massachusetts and elsewhere, Defendant

### THOMAS P. STILLSON,

a resident of Dennisport, Massachusetts, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America by filing and causing to be filed with the Internal Revenue Service false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, wherein for the calendar years 1999, 2000, and 2001 he falsely reported his taxable income, thus stating that the amount of tax to be refunded to Defendant STILLSON or due and owing thereon by Defendant STILLSON were the sums listed in the fifth column of the table below, whereas, as Defendant STILLSON then and there well knew and believed, his taxable income for each of said calendar years was substantially in excess of that stated and that upon said additional income substantial additional taxes were due and owing to the United States of America.

27

| Count | Tax Year | Filing Date | Falsely Reported Income (Per Return) | Falsely Reported Tax Claimed as Owed /to be Refunded (Per Return) |
|-------|----------|-------------|--------------------------------------|-------------------------------------------------------------------|
| 33 | 1999 | 4/15/00 | $ 87,980.00 | $    733.00 |
| 34 | 2000 | 4/15/01 | $122,265.00 | ($2,764.00) |
| 35 | 2001 | 4/15/02 | $ 20,300.00 | $    101.00 |

All in violation of Title 26, United States Code, Section 7201.


A TRUE BILL


Foreperson of the Grand Jury


Lori J. Holik
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS
April 14, 2005   @ 2:11 PM

Returned into the District Court by the Grand Jurors and filed.


Deputy Clerk

28

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **05 CR 10103 GAO**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** _II_ | **Investigating Agency** _IRS-CI_ |

**City** _West Harwich_          **Related Case Information:**

**County** _Barnstable_

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _2002M0440RBC; 2002M0446RBC_
R 20/R 40 from District of _2002 M0447RBC; 2002M0451RBC_

**Defendant Information:**

Defendant Name _Edward P. Varjabedian_          Juvenile ☐ Yes ☒ No

Alias Name _____

Address _94 Signal Hill Road, Dennis, MA 02638_

Birth date (Year only): _1947_ SSN (last 4 #): _7888_ Sex _M_ Race: _White_ Nationality: _USA_

**Defense Counsel if known:** _George Gormley, Esq._          **Address:** _655 Summer Street_
                                                                                        _Boston, MA 02210_
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Lori J. Holik_          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

| **Charging Document:** | ☐ Complaint | ☐ Information | ☒ Indictment |
|---|---|---|---|
| **Total # of Counts:** | ☐ Petty _____ | ☐ Misdemeanor _____ | ☒ Felony _26_ |

**Continue on Page 2 for Entry of U.S.C. Citations**

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:** **April 14, 2005**          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Edward P. Varjabedian _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | 1 |
| Set 2  31 U.S.C. §5324(a) | Structuring | 2-7 |
| Set 3  26 U.S.C. §7201 | Tax Evasion | 8-11 |
| Set 4  26 U.S.C. §7206(1) | Filing False Tax Returns | 12-26 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __IRS-CI__

City __West Harwich__

County __Barnstable__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __2002M0440RBC; 2002M0446RBC__
R 20/R 40 from District of __2002 M0447RBC; 2002M0451RBC__

## Defendant Information:

Defendant Name __William Macker__          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __18 Thayer Street, South Dennis, MA 02660__

Birth date (Year only): __1962__  SSN (last 4 #): __7657__  Sex __M__  Race: __White__  Nationality: __USA__

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

## U.S. Attorney Information:

AUSA __Lori J. Holik__          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __April 14, 2005__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    William Macker _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | Conspiracy | 1 |
| Set 2 | 26 U.S.C. §7201 | Tax Evasion | 27-29 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10103 GAO

Criminal Case Cover Sheet                           **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II___    Investigating Agency __IRS-CI___

City __West Harwich___                **Related Case Information:**

County __Barnstable___

Superseding Ind./ Inf. _____    Case No.
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __2002M0440RBC; 2002M0446RBC__
R 20/R 40 from District of __2002 M0447RBC; 2002M0451RBC__

**Defendant Information:**

Defendant Name __Diana Varjabedian___        Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __266 Midpine Road, Yarmouthport, MA 02675___

Birth date (Year only): __1945__  SSN (last 4 #): __2709__ Sex _F_ Race: __White__  Nationality: __USA__

Defense Counsel if known: __John LaChance, Esq.___    Address: __600 Worcester Road__
                                                                                              __Framingham, 01702__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Lori J. Holik___                Bar Number if applicable _____

Interpreter:  ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  April 14, 2005

        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Diana Varjabedian _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | Conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℠ΔJS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** 05 CR 1 0 1 0 3 GAO **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _11_    Investigating Agency _IRS-CI_____

**City** _West Harwich_____    **Related Case Information:**

**County** _Barnstable_____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _2002M0440RBC; 2002M0446RBC_
R 20/R 40 from District of _2002 M0447RBC; 2002M0451RBC_

**Defendant Information:**

Defendant Name _Thomas P. Stillson_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _293 Airline Road, South Dennis, MA 02660_____

Birth date (Year only): _1955_  SSN (last 4 #): _0344_  Sex _M_  Race: _White____  Nationality: _USA_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Lori J. Holik_____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _4_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **April 14, 2005**    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Thomas P. Stillson _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | Conspiracy | 1 |
| Set 2 | 26 U.S.C. §7201 | Tax Evasion | 33-35 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   **Investigating Agency** __IRS-CI__

City __West Harwich__                 **Related Case Information:**

County __Barnstable__                 Superseding Ind./ Inf. _____   Case No. _____
                                      Same Defendant _____   New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number __2002M0440RBC; 2002M0446RBC__
                                      R 20/R 40 from District of __2002 M0447RBC; 2002M0451RBC__

**Defendant Information:**

Defendant Name __Stephen A. Twombly__                Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address __55 Lower County Road, Dennisport, MA 02639__

Birth date (Year only): __1942__  SSN (last 4 #): __0355__  Sex __M__  Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Lori J. Holik__                        Bar Number if applicable _____

Interpreter:  ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in _____
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  April 14, 2005          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>Stephen A. Twombly</u>_____

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>18 U.S.C. §371</u> | <u>Conspiracy</u> | <u>1</u> |
| Set 2   <u>26 U.S.C. §7201</u> | <u>Tax Evasion</u> | <u>30-32</u> |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**