UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

CRIMINAL NO. 05-CR-10103-GAO

---

UNITED STATES

v.

WILLIAM MACKER,
THOMAS P. STILLSON, and
STEPHEN A. TWOMBLEY,
Defendants

---

**MOTION TO CONTINUE ARRAIGNMENT**

The defendants William Macker, Thomas P. Stillson, and Stephen A. Twombley move that the Court continue their arraignment for one week, until May 6, 2005, or some convenient date thereafter so that counsel can be retained. In support of this motion, the defendants state:

1.  An indictment was returned on April 14, 2005, charging the three above-named individuals with a Klein conspiracy, in violation of 18 U.S.C. § 371, and tax evasion, in violation of 26 U.S.C. § 7201. Two other individuals (Edward Varjabedian and Diana Varjabedian) were also named in the indictment. The government asked for summonses to issue. The docket reflects that on April 25, 2005, the Court scheduled an arraignment to take place on April 29 at 2 p.m.

2.  Undersigned counsel represented each of the three above-named individuals when they were subpoenaed to the grand

jury or contacted by government investigators in 2002. Since the return of the indictment, counsel has been trying to arrange for representation by separate counsel of defendants Macker, Stillson, and Twombley. It appears that Mr. Macker will retain undersigned counsel to represent him. Counsel expects that the necessary financial arrangements can be made within the next week. Counsel also expects that counsel for Messrs. Stillson and Twombly will be retained within the next week.

3. Undersigned counsel plans to be in New York on Friday, April 29 with his family, and will be unable to appear for arraignment as presently scheduled.

4. All three of the above-named defendants live on Cape Cod.

> Respectfully submitted
> The defendants William Macker,
> Thomas Stillson, and Stephen
> Twombley
> By their counsel
>
> /s/ Charles W. Rankin
> Charles W. Rankin
> BBO No. 411780
> Rankin & Sultan
> 1 Commercial Wharf North
> Boston, MA 02110
> (617) 720-0011

April 27, 2005