AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      MAssAchusetts

USA

v

Edward Varjabedian et al

**APPEARANCE**

Case Number: 05-10103-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Stephen Twombly

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/6/05 | |
| Date | Signature |
| | ThomA J. Iorieno   55336/ |
| | Print Name                  Bar Number |
| | 655 Summer St |
| | Address |
| | Boston      MA      02210 |
| | City              State        Zip Code |
| | (617) 259-1555  (617) 259-1754 |
| | Phone Number          Fax Number |

5/6/05
N. Russo