# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2005-10103-GAO

EDWARD VARJABEDIAN,
DIANA VARJABEDIAN,
WILLIAM MACKER,
THOMAS B. STILLSON,
STEPHEN A. TWOMBLY,
       Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on June 2, 2005; counsel for the defendants were present or were represented by counsel for other defendants.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    No experts will be called at trial.

(3)   No.

(4)   A date for filing non-discovery type motions will be set at the Final Status Conference.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is too early to determine whether a trial will be necessary.

(7)   The Final Status Conference is set for ***Monday, August 1, 2005 at 3:00 P.M.***

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.