# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                CRIMINAL NO. 2005-10103-GAO

EDWARD VARJABEDIAN,
DIANA VARJABEDIAN
WILLIAM MACKER,
THOMAS B. STILLSON,
STEPHEN A. TWOMBLY,
      Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    4/4/2005 - Indictment returned.

    4/29/2005 - Arraignment (Edward Varjabedian, Diana Varjabedian)

    4/30 - 5/28/2005 - Excluded as per L.R. 112.2(A)(2)

    5/6/2005 - Arraignment (William Macker, Thomas Stillson, Stephen Twombley)

5/7 - 6/3/2005 - Excluded as per L.R. 112.2(A)(2)

6/1/2005 - Conference held.

6/2 - 8/1/2005 - Continuance granted so that the defendants' counsel can review the documentary discovery provided by the United States Attorney. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of August 1, 2005, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.