

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*


July 22, 2005

**BY FACSIMILE**

George F. Gormley, Esq.
655 Summer Street
Boston, MA 02210

    Re:  United States v. Varjabedian et al.
        <u>Criminal No. 05-10103-GAO</u>

Dear Mr. Gormley:

    The following is in response to your discovery letter dated July 21, 2005.

    1.  An itemization by category of total income figures, and taxable income computation, for years 1998-2001 is attached.

    2.  The evidence of actual business expenses and costs incurred by Mr. Varjabedian has already been produced in discovery.

    3.  The unreported Garber/AMD proceeds rely on the manufacturer's suggested retail price.

    4.  The government is not relying upon a classic net worth computation as its primary proof of income; the elements of your request seem to be keyed to such a method of proof.  Rather, assets in bank accounts, investment accounts and safe deposit boxes controlled by Edward Varjabedian, and purchases in cash, cash equivalents and in fictitious/straw names were analyzed to corroborate the unreported sales.  All of this evidence has been previously disclosed in discovery.

July 16, 2002
Page 2

    5.  As and when determinations are made about summaries to be introduced at trial, the government will provide the summaries to all counsel.

                                  Very truly yours,

                                  /s/ Lori J. Holik

                                  Lori J. Holik
                                  Assistant U.S. Attorney

cc:  Noreen Russo, Clerk (w/out attachment)
     All counsel of record (by facsimile aw/ attachment)