# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2005-10103-GAO

EDWARD VARJABEDIAN,
DIANA VARJABEDIAN,
WILLIAM MACKER,
THOMAS B. STILLSON,
STEPHEN A. TWOMBLY,
      Defendants.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/1/2005- Conference held.

8/1 - 9/7/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 7, 2005, no (0) non-excludable days have occurred leaving SEVENTY (70) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

August 1, 2005.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge