

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*


September 6, 2005


Thomas J. Iovieno, Esq.
655 Summer Street
Boston, MA 02210

     Re:  United States v. Twombly
          Criminal No. 05-10103-GAO

Dear Mr. Iovieno:

    The government makes the following response to your discovery letter dated August 24, 2005.

    To the extent that the letter seeks discovery of documents relating to the government's charging decision(s), the government deems the information not subject to disclosure pursuant to Fed.R.Crim.P. 16(a)(2) and declines to produce.

    To the extent that the letter seeks disclosure of the government's computation of the unreported income and tax attributable to Mr. Twombly for the relevant tax years, the government agrees to produce said computation.

                 Very truly yours,

                 /s/ Lori J. Holik

                 Lori J. Holik
                 Assistant U.S. Attorney


cc: All counsel of record via electronic filing

August 31, 2005
Page 2