```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )    Criminal No. 05-10103-GAO
                              )
     v.                       )
                              )
EDWARD VARJABEDIAN (1),       )
DIANA VARJABEDIAN (2),        )
STEPHEN TWOMBLY (3),          )
WILLIAM MACKER (4),           )
THOMAS STILLSON (5),          )
                              )
     Defendants.              )
```

FINAL STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(C), the following memorandum is submitted on behalf of the parties.

1.  On September 6, 2005, Defendant Twombly filed a motion to dismiss for selective prosecution or in the alternative, "reasonable discovery and an evidentiary hearing should the court find a prima facie case of selective prosecution has been established;" Defendant Stillson joins in the request for dismissal or alternative relief.  The government will oppose the motion.

Otherwise, there are no outstanding discovery issues to be presented to or resolved by the Court.

2.  The government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.  Defendants have not provided discovery.

3.  None of the defendants intend to raise a defense of

insanity or public authority.

    4.   The government has not requested notice of alibi.

    5.   The following motions are pending:  Defendant Edward Varjabedian's motion to suppress, filed September 7, 2005; Defendant Diana Varjabedian's motion to join the suppression motion, filed September 7, 2005; Defendant Twombly's motion to dismiss, filed September 6, 2005; Defendant Stillson's motion to join Defendant Twombly's motion, filed September 7, 2005; and Defendant Macker's motion for preparation of a pre-plea presentence report, filed September 8, 2005.

    6.   With the exception of the matters identified in the preceding paragraph, no schedule should be set concerning any matter in the case other than trial.[1]

    7.   The parties have not discussed the possibility of an early resolution of the case without trial.

    8.   To date, all periods of excludable delay have been entered.

    9.   The parties estimate a length of trial of two weeks.

---

[1] Defendant Diana Varjabedian wishes to make clear that she anticipates filing trial pleadings including but not limited to motions in limine and proposed voir dire questions.

2

Respectfully submitted by the government on behalf of the parties.

Dated: September 9, 2005          By its attorney,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                              By: /s/ Lori J. Holik
                                  Lori J. Holik
                                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005 I caused a copy of the above to be served on all counsel of record by causing same to be electronically filed with the Court.

                                  /s/ Lori J. Holik
                                  Assistant U.S. Attorney