# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                         CRIMINAL NO. 2005-10103-GAO

EDWARD VARJABEDIAN,
DIANA VARJABEDIAN,
WILLIAM MACKER,
THOMAS B. STILLSON,
STEPHEN A. TWOMBLY,
       Defendants.

## *ORDER AFTER*
## *FINAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on September 13, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

(3) No.

(4) The government has not requested notice of alibi.

(5) All non-discovery type motions have been filed and are pending. *See* ## 33, 36, 37, 38. In addition, counsel indicated that defendant Twombly filed a motion to dismiss on September 6, 2005 but the motion does not appear to have been docketed to date.

(6) No.

(7) A trial will probably be necessary; trial will last about ten (10) trial days.

(8) *See* Further Order of Excludable Delay (#30) entered August 1, 2005. Motions pending since September 7th will result in a period of excludable delay from September 7th to the date the motions are heard, or if no hearing is held, until the motions are decided.. ***An Initial Pretrial Conference should be set to hear pending motions and set a firm trial date.***

(9) Ten (10) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Ten (10) trial days.

(6)   None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 to hear the pending motions and to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE O'TOOLE'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 13, 2005.