UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-10103-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD VARJABEDIAN (1), | ) | |
| DIANA VARJABEDIAN (2), | ) | |
| STEPHEN TWOMBLY (3), | ) | |
| WILLIAM MACKER (4), | ) | |
| THOMAS STILLSON (5), | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States hereby moves the Court for an extension of time within which to file its response to the following motions, presently due during the week of September 19, 2005: Defendant Edward P. Varjabedian's Motion to Suppress (9/7/05) [docket #33]; Defendant Diana Varjabedian's Motion to join the suppression motion (9/7/05) [docket #36]; Defendant William Macker's Motion for Order for Preparation of pre-Plea Presentence Report (9/8/05) [docket #37]; Defendant Stephen Twombly's Motion to Dismiss for Selective Prosecution (9/6/05) [undocketed]; Defendant Thomas Stillson's Motion to join the motion to dismiss (9/8/05) [docket #38].  The government seeks an extension of time of two weeks, until Wednesday, **October 5, 2005**, to file its responses.

In support of this motion, the undersigned submits that certain appellate court obligations have unexpectedly delayed the drafting and finalization of the government's responses to the

various motions outlined above.  This case is scheduled for a status conference on October 11, 2005; with the extension of time requested, the government will have responded to all of the outstanding motions in advance of that status conference and thus the government does not anticipate that any of the defendants will suffer any prejudice if this request is allowed.

The government respectfully requests that its motion for extension of time, to **October 5, 2005**, be allowed.

Dated: September 16, 2005          By its attorney,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                    By:  /s/ Lori J. Holik
                                         Lori J. Holik
                                           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I caused a copy of the above to be served on all counsel of record by causing same to be electronically filed with the Court.

                                         /s/ Lori J. Holik
                                         Lori J. Holik
                                         Assistant U.S. Attorney