UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10103-GAO

UNITED STATES OF AMERICA,

v.

STEPHEN A. TWOMBLY

### DEFENDANT STEPHEN A. TWOMBLY COUNSEL S  NOTICE OF CHANGE OF ADDRESS

Now comes the Counsel for the Defendant, Stephen A. Twombly and hereby notifies the court of the following change of address:

> Thomas J. Iovieno
> Law Office of Thomas J. Iovieno
> 755 East Broadway, 3rd Floor
> South Boston, MA 02127
>
> Phone: (617) 464-3300
> Fax: (617) 464-3302

> Respectfully submitted,
> The Defendant,
> Stephen A. Twombly,
> By his attorney,
>
> */S/ Thomas J. Iovieno*
>
> Thomas J. Iovieno
> Law Office of Thomas J. Iovieno
> 755 East Broadway, 3rd Floor
> South Boston, MA 02127
> (617) 464-3300
> FAX: (617) 464-3302

Dated: 2/28/06

CERTIFICATE OF SERVICE

    I, Thomas J. Iovieno, certify that this document was filed through the EFC system and will be sent electronically to all counsel of record.

                                                    //S// Thomas J. Iovieno

Dated: 02/28/06