UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | **CR. NO. 05-10103-GAO** |
| | ) | |
| **EDWARD P. VARJABEDIAN,** | ) | |
| **STEPHEN A. TWOMBLY,** | ) | |
| **THOMAS STILLSON**, | ) | |
| **DIANA VARJABEDIAN**, **and** | ) | |
| **WILLIAM MACKER**. | ) | |

**MOTION TO CONTINUE TRIAL**
*(ASSENTED TO)*

Now comes the defendants, EDWARD P. VARJABEDIAN, STEPHEN A. TWOMBLY, THOMAS STILLSON, DIANA VARJABEDIAN, and WILLIAM MACKER, and respectfully request that this Honorable Court continue the trial in the above-captioned matter, currently scheduled for July 10, 2006, until September 25, 2006 or some later time convenient to the calendar of this Court.

As grounds for this request, defendants state:

1. At the scheduling conference when this trial date was established, the parties indicated that after decision on a motion to suppress evidence counsel for the parties anticipated meeting with a view toward reviewing the components of the government's reconstruction of gross receipts and expenses allegedly attributable to unreported income for automobile repair services and towing performed at West Harwich Sunnoco during the years charged in the indictment.

2. The schedule set by the parties and approved by this court was subsequently altered due to the engagement of counsel for the United States (AUSA Lori Holik) and attorney for the defendant, Edward Varjabedian, (George F. Gormley) in a protracted trial before Hon. Nancy Gertner and a jury;

3. This Court rendered its written decision on the motion to suppress evidence on April 14, 2006;

4.       The United States has filed a Notice of Appeal of that decision on May 12, 2006;

5.       Attention to the internal requirements of the Department of Justice necessary to acquaint department appellate lawyers with the impact of this Court's ruling on the evidence in this case has prevented the attorney for the government from being able to devote requisite time to reviewing the components of the allegedly unreported repair and towing income;

6.       In addition, George F. Norton, an enrolled agent admitted to practice before the Internal Revenue Service and an individual familiar with both the government's and Mr. Varjabedian's views of Mr. Varjabedian's tax situation for the tax years relevant to the indictment, is scheduled for surgery[1] on or about May 31, 2006 and will be sidelined a month thereafter;

7.       Counsel for the Government assents to this request, and counsel for all parties request that the time between July 10, 2006 and September 18, 2006 be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

**EDWARD P. VARJABEDIAN,**
By his attorney,

/s George F. Gormley
George F. Gormley (BBO# 204140)
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999

**THOMAS STILLSON,**
By his attorney,

/s Anthony M. Cardinale
Anthony M. Cardinale, Esq. (BBO# 073460)
655 Summer Street
Boston, MA 02210
(617) 345-5400

**STEPHEN A. TWOMBLY**,
By his attorney,

/s Thomas J. Iovieno
Thomas J. Iovieno, Esq. (BBO# 553361)
755 East Broadway
 South Boston, MA 02127
(617) 464-3300

---

[1] This fact was not known at the scheduling conference.

| | |
|---|---|
| **DIANA VARJABEDIAN**, <br> By her attorney, | **WILLIAM MACKER**, <br> By his attorney, |
| /s  John H. LaChance <br> John H. LaChance, Esq. (BBO# 282500) <br> 600 Worcester Road <br> Framingham, MA 01702 <br> (508) 879-5730 | /s Charles W. Rankin <br> Charles W. Rankin, Esq. (BBO# 411780) <br> *Rankin & Sultan* <br> 1 Commercial Wharf North <br> Boston, MA 02110 <br> (617) 720-0011 |

**Dated:**     June 1, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2006.

/s George F. Gormley