UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  05-10103-GAO |
| | ) | |
| EDWARD VARJABEDIAN, ET AL | ) | |
| Defendant. | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The government intends to offer some or all of the exhibits listed below during its case-in-chief.

**Exhibit Number**          **Description**

      Group 1          **Tax Returns**

1. Form 1040 for Edward Varjabedian for 1997
2. Varjabedian Transcripts - 1997
3. Form 1040 for Edward Varjabedian for 1998
4. Varjabedian Transcripts - 1998
5. Form 1040 for Edward Varjabedian for 1999
6. Varjabedian Transcripts - 1999
7. Form 1040 for Edward Varjabedian for 2000
8. Varjabedian Transcripts - 2000
9. Form 1040 for Edward Varjabedian for 2001
10. Varjabedian Transcripts - 2001
11. Form 941 for West Harwich Sunoco - 9903
12. Form 941 for West Harwich Sunoco - 9906
13. Form 941 for West Harwich Sunoco - 9909
14. Form 941 for West Harwich Sunoco - 9912
15. Form 940-EZ for West Harwich Sunoco - 9912
16. Form 941 for West Harwich Sunoco - 0003
17. Form 941 for West Harwich Sunoco - 0006
18. Form 941 for West Harwich Sunoco - 0009
19. Form 941 for West Harwich Sunoco - 0012
20. Form 940-EZ for West Harwich Sunoco - 0012
21. Form 941 for West Harwich Sunoco - 0103
22. Form 941 for West Harwich Sunoco - 0106
23. Form 941 for West Harwich Sunoco - 0109
24. Form 941 for West Harwich Sunoco - 0112
25. Form 941 Transcripts - 9603 - 0012

| | |
|---|---|
| 26. | Form 940-EZ for West Harwich Sunoco (2001) |
| 27. | Form 940-EZ Transcripts - 1999, 2000, 2001 |
| 28. | Form 941 Transcripts for West Harwich Sunoco - 0206 |
| 29. | Form 941 Transcripts for West Harwich Sunoco - 0209 |
| 30. | Certification as a Non-Filer - William Macker - 1999 |
| 31. | Certification as a Non-Filer - William Macker - 2000 |
| 32. | Certification as a Non-Filer - William Macker - 2001 |
| 33. | Macker Transcripts - 1992, 1999, 2000, 2001 |
| 34. | Form 1040 for Twombly - 1999 |
| 35. | Form 1040 for Twombly - 2000 |
| 36. | Form 1040 for Twombly - 2001 |
| 37. | Twombly Transcripts - 1997 to 2001 |
| 38. | Varjabedian Transcripts - 1994, 1995, 1996 |
| 39. | Stillson Tax Return for 199912 |
| 40. | Stillson Tax Return for 200012 |
| 41. | Stillson Tax Return for 200112 |
| 42. | Stillson Transcripts - 1999 to 2001 |
| 43 to 49 | Intentionally Left Blank |

**Group 2** **Sales Records and Profit Control Books**
**Blue Dome Books**

| | |
|---|---|
| 50. | January 1997 to December 1997 |
| 51. | January 1998 to December 1998 |
| 52. | January 2000 to December 2000 |
| 53. | June 2002 to July 2002 (Green Payroll Book) |
| 54. | West Harwich Financial Statements 2001 (Blue Binder) |
| 55. | Varjabedian's Commission Computations 7/99 - 7/00 |
| 56. | Monthly Repair Log 7/1/99 - 7/31/99 |
| 57. | Monthly Repair Log 9/1/99 - 9/30/99 |
| 58. | Monthly Repair Log 1/4/00 - 2/2/00 |
| 59. | Monthly Repair Log 2/1/00 - 2/29/00 |
| 60. | Monthly Repair Log 3/1/00 - 3/31/00 |
| 61. | Monthly Repair Log 4/1/00 - 4/30/00 |
| 62. | Monthly Repair Log 5/1/00 - 5/31/00 |
| 63. | Monthly Repair Log 7/1/00 - 7/31/00 |
| 64. | Monthly Repair Log 8/1/00 - 8/31/00 |
| 65. | Monthly Repair Log 9/1/00 - 9/30/00 |
| 66. | Monthly Repair Log 10/1/00 - 10/31/00 |
| 67. | Monthly Repair Log 12/1/00 - 12/31/00 |
| 68. | Monthly Repair Log 1/1/01 - 1/31/01 |
| 69. | Monthly Repair Log 5/1/01 - 5/31/01 |
| 70. | Monthly Repair Log 6/1/01 - 6/30/01 |


| | |
|---|---|
| 71. | Monthly Repair Log 9/1/01 - 9/30/01 |
| 72. | Monthly Repair Log 10/1/01 - 10/31/01 |
| 73. | Monthly Repair Log 11/1/01 - 11/30/01 |
| 74. | Monthly Repair Log 11/1/01 - 11/30/01 (Color Copy) |
| 75. | Monthly Repair Log 12/1/01 - 12/31/01 |
| 76 to 79 | Intentionally Left Blank |

**Payroll Records/Financials**

| | |
|---|---|
| | Payroll Records for 1999, 2000, 2001 |
| 80. | 00301 to 00354 (12/27/98 - 12/26/99) |
| 81. | 00247 to 00300 (12/31/00 - 1/2/00) |
| 82. | 00190 to 00241 (12/31/01 - 1/7/01) |
| 83 to 89 | Intentionally Left Blank |

**Time Cards**

| | |
|---|---|
| 90. | 38839 to 38874 (7/16) |
| 91. | 38875 to 38897 (6/9) |
| 92. | 38898 to 38920 (6/2) |
| 93. | 38921 to 38965 (5/26) |
| 94. | 38966 to 38987 (5/12) |
| 95. | Peter Arnold (CPA) Payroll Schedules and Financial Statements for West Harwich Sunoco P/R 1998 to 2001 |
| 96. | Ed's West Harwich Sunoco Income Statement for the Twelve Months Ending December 31, 2001 |
| 97. | West Harwich Sunoco Trial Balance as of December 31, 2000 |
| 98 to 99 | Intentionally Left Blank |

**Cigarette Info/Garber Bros.**

| | |
|---|---|
| 100. | Account Application |

101.        Account History
102.        Garber Bros., Inc. Daily Collection Reports (1/5/01 - 7/25/02)

103 to 109  Intentionally Left Blank

**Group 3**    **Business Expenses**

110.        Cigarette Profit Computations
111.        Garber Brothers Transactions & Money Orders
            (8/1/01; 8/9/01; 8/16/01 and 1/24/02)
112.        West Harwich Sunoco and Ed's Auto Account Summaries
            (Orleans Auto Supply Account Application Forms)
113.        South Shore Auto Parts/NAPA Records for West Harwich Sunoco
            (7/22/03 Transaction Review Sheets)
114.        Records from AutoZone
            (11/17/03 AllData History Cash Receipts/Customer Ledgers;
            Service Agreement, Credit Application; and
            Check #8852 dtd 2/20/00 to AllData)
115.        Records from Lesco Distributing
            (Medeiros Desk Note; 12/19/00 Invoice;
            Customer Purchases Report for 10/29/03)
116.        Records from Coca-Cola of Cape Cod
            (Sales Sheets 10/99 - 12/99, 1/00 - 12/00, 1/01 - 12/01;
            Small Business Advisory Report; Credit Application; and Order Form)
117.        Records from Pepsi Bottling Group
            (Invoice and Profitability P5: PD1-PD13 Year 2001 Sales Volume)
118.        Records from Frito-Lay, Inc.
            (10/28/03 Print-out and 12/27/00 Invoice)
119.        Records from Ocean State Oil
            (Ocean State Oil Credit Application; DOR Resale Certificate; and
            Customer Notes and History)
120.        Records from Cape Cod Times
            (Invoice for 12/11-17/00; and Carrier History Spreadsheet from 1/1/99 to
            3/31/02)
121.        Records from Fall River News
            (12/24/00 Weekly Statement; and 10/29/03 Dollar Billing Analysis)
122.        Records from Shoreline News
            (Invoices from 1999 to 2001)
123.        Records Coastal Distributing Company
            (Bills/Invoices for 09/1999 to 12/2001)

124.        Records for Cape & Island Tires
            (Cape & Islands Tire Co 12/26/00 Statement of Account; and Invoice
            History Report by Location for 10/28/03)

| | |
|---|---|
| 125. | Fuel Purchase Records 1999 to 2001 (New England Racing Fuel Customer Billing History 3/5/99 to 11/13/03; and Meter Tickets) |
| 126. | Diesel Fuel Purchases 1999 to 2001 (Gasoline Account Sales/Receipts History 10/1998 to 10/2003; Peterborough Oil Co., Credit Application and Agreement; and Product Sales Agreements) |
| 127. | Gasoline Purchase Records 1999 to 2001 (Peterborough) (Diesel Account Sales/Receipts History 10/1998 to 10/2003; and print-out re: first delivery 2/21/97) |
| 128 to 129 | Intentionally Left Blank |

**Personals**

| | |
|---|---|
| 130. | Diana Varjabedian Letter - 11/3/97 ($20,000 Deposit into Money Market Account) |
| 131. | Diana Varjabedian Letter - 8/6/98 |
| 132. | Diana Varjabedian Letter - 8/21/98 (Trust Info and IRS) |
| 133. | Diana Varjabedian Letter - Undated (Withdrawal Authorization Forms; and "Take the Money and Run Away" statement |
| 134. | Diana Varjabedian Letter - 1/10/98 (7 CDs and Super Savings Account) |
| 135. | Diana Varjabedian Letter - Revised 11/17/97 (Edward Paul's CD Info) |
| 136. | Declaration of Trust Establishing Varj Trust Number Two |
| 137. | Diana Varjabedian Letter - 12/1/97 (4 Motor Vehicle Titles) |
| 138. | Cape Cod Five Cents Statements and Checks |
| 139. | Note re: IRS Information |
| 140. | Cape Cod Cooperative/Five Cents Transfer (Diana Varjabedian Letter - 8/6/98) |
| 141. | Cape Cod Five Cents Savings Bank Safe Deposit Box #370 Inventory ($135,000 on 6/27/02) |
| 142. | Diana Varjabedian Letter - 10/31/97 (Van Purchase) |
| 143. | BankBoston Safe Deposit Box Power of Attorney |
| 144. | Cape Cod Five Cents Savings Bank Safe Deposit Box Power of Attorney |
| 145. | Fleet Bank Individual Safe Deposit Box #458 Inventory ($200,000 on 6/27/02) |

146. Note re: Safe Deposit Key
147. IRS Note re: Gary Altieri
148. Letter from E. Varjabedian to D. Varjabedian - 2/20/02
    (Van Info)
149. Diana Varjabedian Letter - 6/3/98
    (Matured CDs)
150. Edward Varjabedian Letter to Employee
151. Safe Deposit Box #370 Entrance Record
    (8/20/98 to 3/11/02)
152. Diana Varjabedian Letter - 7/29/98
    (Money Market Account Safe Deposit Box)
153. 7/14/03 Cash Transaction Reports Filed by Cape Cod Five
154. Safe Deposit Box #458 Record of Access Card (9/6/00)
155. Fleet Bank Statements
    - 0076051616 (Personal Interest Checking)
    - 332000636 (Traditional IRA)
    - 332002814 (IRA Contr)
    - 647-50251 (First Rate)
    - 1025-04215 (Retirement)
    - 1233-46216 (Retirement)
    - 1986-90218 (Retirement)
    - 522-71285 (Business Focus Plan 60)
    - 1522-71285 (Bus Focus Plan 60 Comp Sav)
    - 006475-0251 (Check Access Money Market)
    - 1811-48605 (No Interest Commercial Savings)
    - 510-80862 (Bus Focus Flexible Plan)
156. Exchange Street Auto Body
    (Body Shop Repair Order for 1968 Blue Chevy Chevelle)
157. Reid's Automotive
    (Invoices 2/4/99, 2/10/99, 4/20/99, 5/7/99, 4/28/00, 5/5/00 and 12/7/00;
    Work Orders 1/26/99, 8/5/02 and 8/7/02; and Audit Trails FYE 06/2000
    to 06/2003)
158. John's Racecraft (Invoices and Payment Receipts)
159. South Shore Heating & Cooling, Inc., to 94 Signal Hill Road
    (Proposals, Sales Order and Customer Ledgers)
160. American Express Statements
    (Acct. No. 3728-415086-52002
    Various dates between 11/1995 to 03/2002)

161. Prudential Securities
    (W-9 for Diana Varjabedian; Signature Page; Investment Powers;
    Treasurer's Checks/Money Orders; Client's Opening Cash Agreement;
    and Account Activity)
162. VISA 4226910022568448 (11/1997 to 04/1998)

|       | |
|---|---|
|       | Chase VISA 4305870400214409 (05/1998 to 11/1999; 01/2000 to 07/2001; 10/2001 to 06/2002) |
|       | VISA 5491040210695996 (05/1998, 08/1998, 03/1999, 08/1999, 03/2000, 03/2001, 07/2001 to 10/2001, 12/2001 to 04/2002 |
| 163.  | Cape Cod Five Cents Savings Bank Letter dated 7/2/02 to Diana Varjabedian re: Search Warrant served on Safe Box #370 and Statements. |
| 164.  | Cape Cod Cooperative Bank Statements |

165 to 169        Intentionally Left Blank

**Group 4        Postal Money Orders** (15 Binders)

Originals

| 170. | Binder 1 of 2   Varjabedian Original Money Orders |
| 171. | Binder 2 of 2   Varjabedian Original Money Orders |

Photocopies

| 172. | Binder 1 of 12 | 9/1994 to 8/1995 |
|---|---|---|
| 173. | Binder 2 of 12 | 9/1995 to 5/1996 |
| 174. | Binder 3 of 12 | 6/1996 to 12/1996 |
| 175. | Binder 4 of 12 | 1/1997 to 12/1997 |
| 176. | Binder 5 of 12 | 1/1998 to 6/1998 |
| 177. | Binder 6 of 12 | 7/1998 to 12/1998 |
| 178. | Binder 7 of 12 | 1/1999 to 6/1999 |
| 179. | Binder 8 of 12 | 7/1999 to 12/1999 |
| 180. | Binder 9 of 12 | 1/2000 to 6/2000 |
| 181. | Binder 10 of 12 | 7/2000 to 12/2000 |
| 182. | Binder 11 of 12 | 1/2001 to 5/2001 |
| 183. | Binder 12 of 12 | 6/2001 to 5/2002 |
| 184. | Unnumbered Binder | Copies of postal money orders for 5/2002 to 6/2002 |

The above list represents the exhibits the government may offer in its case-in-chief. The government reserves the right, consistent with the Local Rules Concerning Discovery in

Criminal Cases, to supplement this exhibit list with additional exhibits as necessary.

Dated: August 24, 2006                    Respectfully submitted,

                                                    UNITED STATES OF AMERICA

                                                   By its attorneys,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                By:    /s/ Lori J. Holik
                                         Lori J. Holik
                                           Assistant U.S. Attorney
                                           United States Courthouse, Suite 9200
                                           1 Courthouse Way
                                           Boston, MA  02210
                                           (617) 748-3161

## CERTIFICATE OF SERVICE

     I hereby certify that on August 24, 2006 I caused a copy of the above to be served by causing same to be electronically filed with the Court.

                                                 /s/ Lori J. Holik
                                               Lori J. Holik
                                               Assistant U.S. Attorney