UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )    Criminal No. 05-10103-GAO
                                )
      v.                        )
                                )
EDWARD VARJABEDIAN (1),         )
DIANA VARJABEDIAN (2),          )
STEPHEN TWOMBLY (3),            )
WILLIAM MACKER (4),             )
THOMAS STILLSON (5),            )
                                )
      Defendants.               )

                       **GOVERNMENT'S WITNESS LIST**

    The United States intends to call the following persons as witnesses in its case in chief.  The government reserves the right to amend this list, if necessary, with appropriate notice to the defendants.

1.   Paul Crowley
     IRS Representative; Andover Service Center

2.   Thomas Demeo, Special Agent
     Internal Revenue Service, Criminal Investigation

3.   Mark Vespucci, Special Agent
     Internal Revenue Service, Criminal Investigation

4.   Joseph Guidoboni, Revenue Agent
     Internal Revenue Service

5.   John Hickey, Postal Inspector

6.   Richard Callahan
     United States Postal Service

7.   Brad Tripp
     United States Postal Service

8.   Theresa Currey

    United States Postal Service

9. Carol Hibbard
   Fleet Bank

10. Keeper of Records
    Fleet Bank

11. Keeper of Records
    Cape Cod Five Cents Savings Bank

12. Kathy Eaton
    Cape Cod Five

13. Mike Kahalen
    Cape Cod Five

14. Anne Walther-Hayes
    Cape Cod Five

15. Martha Rockwell
    Cape Cod Five

16. Diane Rowlings
    Cape Cod Five

17. Keeper of Bank
    Chase Manhattan Bank

18. Richard Ball

19. Richard Denton

20. Eric Neil

21. Gary Altieri

22. Chris Viera

23. John Viera

24. Andrea Foote-Crawford

25. Mona Ryder Bearse

26. Candace Stillson Zarba

27. Peter W. Holden

28. Andrew Foote

29. Peter Arnold

30. John Ford
    Peterborough Oil Company, Inc.

31. Coleen Fenlason
    New England Racing Fuel, Inc.

32. Walter Bracken
    Garber Brothers

33. Michael D'Ortenzio
    Garber Brothers

34. Neal Grosberg
    Orleans Auto Parts

35. Gene Bourne
    South Yarmouth Auto Zone

36. Dennis Lavey
    South Shore NAPA

37. Gil Wood
    Cape & Islands Tire

38. John Laflamme
    Coca Cola Bottling

39. Peter Lesco
    Lesco Distributing

40. Roseanne Swanson
    Ocean State Oil

41. Carol Kusmavl
    Shoreline News

42. David Boland
    Fall River News

43. Robert Sypek
    Cape Cod Times

44. Keeper of Records
    Frito Lay, Inc.

45. Colleen Azulay
    Pepsi Cola Bottling Group

46. Lester Ribero
    Coastal Distributing Company

47. John Andrejko
    John's Racecraft

48. Steven Leblanc
    Exchange Street Auto

49. James Reid
    Reid's Automotive

50. Keeper of Records
    South Shore Heating and Cooling

51. Keeper of Records
    Cape Cod Cooperative Bank

52. Keeper of Records
    AutoZone

53. Keeper of Records
    Garber Brothers

54. William Macker


Dated: August 24, 2006            By its attorney,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney



                              By: /s/ Lori J. Holik
                                  Lori J. Holik
                                  Assistant U.S. Attorney


CERTIFICATE OF SERVICE

   I hereby certify that on August 24, 2006 I caused a copy of the above to be served by causing same to be electronically filed with the Court.


                                  /s/ Lori J. Holik
                                  Lori J. Holik
                                  Assistant U.S. Attorney