```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )    Criminal No. 05-10103-GAO
                            )
     v.                     )
                            )
EDWARD VARJABEDIAN          )
                            )
     Defendants.            )
```

## MOTION TO EXCLUDE TIME
### (Assented To)

The United States hereby moves that the following period of excludable delay be ordered pursuant to the Speedy Trial Act: the period of time commencing September 14, 2006 (date of pretrial conference) to November 27, 2006 (date of trial for those defendants not changing their pleas). The government makes this request in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and all parties are in agreement.

Dated: September 15, 2006            By its attorney,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                              By:    /s/ Lori J. Holik
                                     Lori J. Holik
                                     Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on September 15, 2006 I caused a copy of this motion to be served by causing same to be electronically filed with the Court.

                                     /s/ Lori J. Holik
                                     Lori J. Holik
                                     Assistant U.S. Attorney