*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05cr10103-GAO-5

UNITED  STATES  OF  AMERICA

v.

STEPHEN   A.  TWOMBLY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,13, 15,18,21, 26, 27, 28, 29, 30,31 32,39,40,41,44,45,48,54,57,60,62,63, 66,69,75,79,81,84

and contained in Volume(s)   1 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  February 26, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    _____

- 3/06

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10103-GAO-5

| | |
|---|---|
| Case title: USA v. Varjabedian et al | Date Filed: 04/14/2005 |

Assigned to: Judge George A. O'Toole, Jr

**Defendant**

| | | |
|---|---|---|
| Stephen A. Twombly (5)<br>*TERMINATED: 02/01/2007* | represented by | **Thomas J. Iovieno**<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-464-3300<br>Fax: 617-464-3302<br>Email: tjilaw@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | 4 months imprisonment on each of counts 1, and 30-32, to run concurrently with each other. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prison before 2:00pm on 2/28/07 as notified by the United States Marshal. 2 years supervised release on each of counts 1,and 30-32, to run concurrently with each other. Conditions of supervised release: drug testing is suspended; The defendant shall cooperate in the collection of DNA; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligation remain outstanding. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office. The defendant is to meet with the Internal Revenue Service within the first 30 days of the period of supervision in order to determine the prior tax liability and is to file tax returns and pay any past or future taxes due. |

|  |  |
|---|---|
| 26:7201 Tax Evasion<br>(30-32) | Defendant is assess $400.00. Defendant is fined $2,000.00.The fine is to be paid forthwith.<br><br>4 months imprisonment on each of counts 1, and 30-32, to run concurrently with each other. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prison before 2:00pm on 2/28/07 as notified by the United States Marshal. 2 years supervised release on each of counts 1,and 30-32, to run concurrently with each other. Conditions of supervised release: drug testing is suspended; The defendant shall cooperate in the collection of DNA; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligation remain outstanding. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office. The defendant is to meet with the Internal Revenue Service within the first 30 days of the period of supervision in order to determine the prior tax liability and is to file tax returns and pay any past or future taxes due. Defendant is assess $400.00. Defendant is fined $2,000.00.The fine is to be paid forthwith. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by **Lori J. Holik** |
|---|---|

Case 1:05-cr-10103-GAO    Document 86-2    Filed 03/30/2007    Page 3 of 9

United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3161
Fax: 617-748-3960
Email: lori.holik@justice.usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2005 | 1 | INDICTMENT as to Edward P. Varjabedian (1) count(s) 1, 2-7, 8-11, 12-26, Diana Varjabedian (2) count(s) 1, William Macker (3) count(s) 1, 27-29, Thomas P. Stillson (4) count(s) 1, 33-35, Stephen A. Twombly (5) count(s) 1, 30-32. (Attachments: # 1) (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/14/2005 | 2 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/25/2005 |  | Electronic NOTICE OF HEARING as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly Arraignment set for 4/29/2005 @ 02:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Def'ts must report to Pretrial Services by 10:30 AM on 4/29/2005(Russo, Noreen) (Entered: 04/25/2005) |
| 04/27/2005 | 3 | MOTION to Continue *Arraignment* as to William Macker, Thomas P. Stillson, Stephen A. Twombly. (Rankin, Charles) (Entered: 04/27/2005) |
| 04/29/2005 |  | Judge Robert B. Collings : Electronic ORDER entered granting 3 Motion to Continue as to William Macker (3), Thomas P. Stillson (4), Stephen A. Twombly (5). "ALLOWED to 5/6/2005 @ 1:00 P.M. Defts are to report to Pretrial Services @ 8:30 A.M." (Russo, Noreen). (Entered: 05/01/2005) |
| 05/06/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment Thomas P. Stillson (4) Count 1,33-35 and Stephen A. Twombly (5) Count 1,30-32 held on 5/6/2005, Initial Appearance as to William Macker, Thomas P. Stillson, Stephen A. Twombly held on 5/6/2005, Plea entered Thomas P. Stillson (4) Count 1,33-35 and Stephen A. Twombly (5) Count 1,30-32: Not Guilty all counts by Def'ts Stillson and Twombly. Max Penalties, Charges and Rights read to Def'ts. Attorney Rankin indicates that he is not retained for all purposes as to Mr. Macker. Court to set status / arraignment May 26, 2005 @ 10:00 AM as to Mr. Macker. Initial Status Conf. set for June 1, 2005 @ 12:00 P.M. (Digital Recording.) (Russo, Noreen). (Entered: 05/06/2005) |
| 05/06/2005 | 13 | Judge Robert B. Collings : Electronic ORDER entered. ORDER Setting Conditions of Release as to Stephen A. Twombly (5) 25,000.00 (Russo, Noreen) (Entered: 05/09/2005) |
| 05/06/2005 | 15 | NOTICE OF ATTORNEY APPEARANCE: Thomas J. Iovieno appearing for Stephen A. Twombly (Edge, Eugenia) (Entered: 05/09/2005) |
| 05/06/2005 | 18 | Appearance Bond Entered as to Stephen A. Twombly in amount of $ 25,000.00, |

| | | |
|---|---|---|
| | | (Russo, Noreen) (Entered: 05/11/2005) |
| 05/31/2005 | 21 | NOTICE re automatic disclosure as to Stephen A. Twombly (Holik, Lori) (Entered: 05/31/2005) |
| 06/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly held on 6/1/2005. 116.3 requirements, no request for relief. No experts anticipated. No discovery owed. Def'ts not sure if they will make non-discovery motions, court allows 60 days for Def'ts to review discovery and decide about non-discovery motions. Too soon to know about trial. Court sets Final Status Conf. for Monday 8/1/2005 @ 3:00 P.M. If needs to be changed to interim court will, parties to notify court before Final Status if it needs to be changed. (Digital Recording.) (Russo, Noreen) (Entered: 06/01/2005) |
| 06/02/2005 | 26 | Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A) as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Russo, Noreen) (Entered: 06/03/2005) |
| 06/02/2005 | 27 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Russo, Noreen) (Entered: 06/03/2005) |
| 06/02/2005 | 28 | Judge Robert B. Collings : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly. Time excluded from 4/4/2005 until 4/4/2005. Time excluded from 4/29/2005 until 4/29/2005. Time excluded from 4/30/2005 until 5/28/2005. Time excluded from 5/6/2005 until 5/6/2005. Time excluded from 5/7/2005 until 6/3/2005. Time excluded from 6/1/2005 until 6/1/2005. Time excluded from 6/2/2005 until 8/1/2005. Thus, as of August 1, 2005, no (0) non-excludable days will have occurred leaving SEVENTY(70) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 06/09/2005) |
| 07/22/2005 | 29 | NOTICE re automatic disclosure as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly *(Government's response to discovery letter of Edward Varjabedian dated 7/21/05)* (Holik, Lori) (Entered: 07/22/2005) |
| 08/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Interim Status Conference as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly held on 8/1/2005. L. Holik for Gov't. All defense counsel except Mr. Cardinale (Mr. Gormley for him). Mr. Gormley indicates there are some computational differences in outstanding discovery and the attempt to reconcile is part of reason for delay. Counsel indicates that until numbers reconcliied can't say for sure regarding filing of discovery motions. A motion to suppress will be filed and a motion to dismiss may be filed. Court sets deadline of September 7, 2005 for non discovery motions and Final Status Conf. is set for September 13, 2005 @ 3:00 P.M. (Digital Recording.) (Russo, Noreen) (Entered: 08/01/2005) |
| 08/01/2005 | 30 | Judge Robert B. Collings : ORDER entered. FURTHER ORDER OF EXCLUDABLE DELAY as to Edward P. Varjabedian, Diana Varjabedian, |

| | | |
|---|---|---|
| | | William Macker, Thomas P. Stillson, Stephen A. Twombly Time excluded from 8/1/2005 until 8/1/2005. Time excluded from 8/1/2005 until 9/7/2005. Thus, as of September 7, 2005, no (0) non-excludable days have occured leaving SEVENTY (70) days left to commence trial so as to be within the seventy day period for trial set by statute. (Russo, Noreen) (Entered: 08/02/2005) |
| 08/01/2005 | 31 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Russo, Noreen) (Entered: 08/02/2005) |
| 09/06/2005 | 32 | NOTICE re automatic disclosure as to Stephen A. Twombly *(response to request dated 8/24/05)* (Holik, Lori) (Entered: 09/06/2005) |
| 09/12/2005 | 39 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Holik, Lori) (Entered: 09/12/2005) |
| 09/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly held on 9/13/2005. L. Holik for Gov't. G. Gormley for Ed. Varjabedian (covering for Atts. Rankin, and LaChance) Att. Cardinale for Def't Stillson, Att. Iovieno for Def't Twombley. Upon review of final status report, court indicates case is ready to be returned to District Court Judge. (Digital Recorder) (Russo, Noreen) (Entered: 09/13/2005) |
| 09/13/2005 | 40 | Judge Robert B. Collings : ORDER entered. ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly. (Russo, Noreen) (Entered: 09/15/2005) |
| 09/13/2005 | | Case as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/15/2005) |
| 09/16/2005 | | NOTICE OF HEARING as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly Status Conference set for 10/11/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/16/2005) |
| 09/16/2005 | 41 | MOTION for Extension of Time to October 5, 2005 to File reply to defense motions as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twomblyby USA. (Holik, Lori) (Entered: 09/16/2005) |
| 09/26/2005 | 44 | Sealed MOTION to Dismiss as to Stephen A. Twombly. c/s(Edge, Eugenia) Modified on 9/28/2005 to change filing date (Edge, Eugenia). (Entered: 09/28/2005) |
| 09/26/2005 | 45 | Sealed MEMORANDUM in Support and Exhibits I and II by Stephen A. Twombly re 44 MOTION to Dismiss. c/s (Edge, Eugenia) (Entered: 09/28/2005) |
| 10/05/2005 | 48 | MEMORANDUM in Opposition by USA as to Thomas P. Stillson, Stephen A. Twombly re 44 MOTION to Dismiss, [38] MOTION to join and adopt (Holik, Lori) (Entered: 10/05/2005) |

| | | |
|---|---|---|
| 10/11/2005 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly held on 10/11/2005. A motion hearing is scheduled for Wednesday, 12/7/05 at 3:00pm. (Court Reporter Debra Joyce.) (Lyness, Paul) (Entered: 10/11/2005) |
| 10/11/2005 | | NOTICE OF HEARING ON MOTION as to Edward P. Varjabedian, Diana Varjabedian, Stephen A. Twombly Motion Hearing for motion to dismiss and motion to suppress set for 12/7/2005 03:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/12/2005) |
| 11/07/2005 | | Judge George A. O'Toole Jr.: ElectronicORDER entered finding as moot 41 Motion for Extension of Time as to Edward P. Varjabedian (1), Diana Varjabedian (2), William Macker (3), Thomas P. Stillson (4), Stephen A. Twombly (5) (Lyness, Paul) (Entered: 11/07/2005) |
| 01/23/2006 | | Set/Reset Hearings as to Edward P. Varjabedian, Diana Varjabedian, Stephen A. Twombly: Evidentiary Hearing set for 2/6/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/23/2006) |
| 01/25/2006 | | Terminate Deadlines and Hearings as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly: (Lyness, Paul) (Entered: 01/25/2006) |
| 02/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Motion Hearing as to Edward P. Varjabedian, Diana Varjabedian, Stephen A. Twombly held on 2/6/2006 re 44 MOTION to Dismiss filed by Stephen A. Twombly,, [33] MOTION to Suppress filed by Edward P. Varjabedian,, [36] MOTION for Joinder *Edward Varjabedian's Motion to Suppress* filed by Diana Varjabedian, The court takes the matter under advisement. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 02/06/2006) |
| 02/06/2006 | | Set/Reset Hearings as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly: Jury Trial set for 7/10/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 6/29/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 02/06/2006) |
| 02/28/2006 | 54 | NOTICE *of Change of Address* by Stephen A. Twombly (Iovieno, Thomas) (Entered: 02/28/2006) |
| 04/14/2006 | 57 | Judge George A. O'Toole Jr.: Electronic ORDER entered. MEMORANDUM AND ORDER. as to Thomas P. Stillson, Stephen A. Twombly re 44 MOTION to Dismiss filed by Stephen A. Twombly,, [38] MOTION to join and adopt filed by Thomas P. Stillson. "...These defendants have not proffered evidence to overcome the presumption that the government's prosecutorial decisions were made in good faith and for reasons of sound governmental policy. For the foregoing reason, Twombly's motion to dismiss (#44), which Stillson joined is DENIED...." It is SO ORDERED. cc/cl. (Edge, Eugenia) (Entered: 04/14/2006) |
| 04/14/2006 | | Motions terminated as to Thomas P. Stillson, Stephen A. Twombly: 44 MOTION to Dismiss filed by Stephen A. Twombly,. (Edge, Eugenia) (Entered: 04/14/2006) |
| 04/27/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 43 |

| | | |
|---|---|---|
| | | Motion to Seal Document as to Stephen A. Twombly (5) (Lyness, Paul) (Entered: 04/27/2006) |
| 06/01/2006 | 60 | MOTION to Continue to September 25, 2006 to trial as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twomblyby Edward P. Varjabedian. (Gormley, George) (Entered: 06/01/2006) |
| 06/02/2006 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 60 Motion to Continue as to Edward P. Varjabedian (1), Diana Varjabedian (2), William Macker (3), Thomas P. Stillson (4), Stephen A. Twombly (5) Jury Trial set for 9/25/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 9/14/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 6/29/06 and 9/25/06 is excluded in the interest of justice. (Lyness, Paul) (Entered: 06/02/2006) |
| 08/24/2006 | 62 | EXHIBIT LIST by USA as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Holik, Lori) Text Modified on 8/25/2006 (Edge, Eugenia). (Entered: 08/24/2006) |
| 08/24/2006 | 63 | WITNESS LIST by USA as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly (Holik, Lori) Text Modified on 8/25/2006 (Edge, Eugenia). (Entered: 08/24/2006) |
| 09/07/2006 |  | REMARK- as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly: the court will keep the previously scheduled date for the final PTC ( 9/14/06 at 2:00) At this conference, the court will discuss with counsel the future of this case. (Lyness, Paul) (Entered: 09/07/2006) |
| 09/14/2006 |  | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly held on 9/14/2006, Motions terminated as toEdward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly: The motion to continue the trial as to Diana Varjabedian ( #64) is GRANTED. Jury trial is now set for 11/27/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 11/15/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Government to file motion to exclude the time.(Court Reporter Shedlly Killian.) (Lyness, Paul) (Entered: 09/14/2006) |
| 09/14/2006 |  | ELECTRONIC NOTICE OF HEARING as to William Macker, Thomas P. Stillson, Stephen A. Twombly Change of Plea Hearing set for 10/4/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendar accordingly. (Lyness, Paul) (Entered: 09/14/2006) |
| 09/15/2006 | 66 | MOTION for Excludable Delay to as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twomblyby USA. (Holik, Lori) (Entered: 09/15/2006) |
| 09/15/2006 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 66 Motion to Exclude as to William Macker (3), Thomas P. Stillson (4), Stephen A. Twombly (5) (Lyness, Paul) (Entered: 09/19/2006) |
| 10/04/2006 |  | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Change of Plea Hearing as to Stephen A. Twombly held on 10/4/2006, Plea entered by Stephen A. Twombly (5) Guilty Count 1,30-32. PSR Ordered. Present |

| | | |
|---|---|---|
| | | bail conditions continued. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/04/2006) |
| 10/04/2006 | 69 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Stephen A. Twombly Sentencing set for 1/18/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 10/04/2006) |
| 11/15/2006 | | Terminate Deadlines and Hearings as to Edward P. Varjabedian, Diana Varjabedian, William Macker, Thomas P. Stillson, Stephen A. Twombly: (Lyness, Paul) (Entered: 11/15/2006) |
| 01/11/2007 | | Terminate Deadlines and Hearings as to Thomas P. Stillson, Stephen A. Twombly: (Lyness, Paul) (Entered: 01/11/2007) |
| 01/11/2007 | | Reset Hearings as to Stephen A. Twombly: Sentencing set for 1/31/2007 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/11/2007) |
| 01/25/2007 | 75 | SENTENCING MEMORANDUM by Stephen A. Twombly (Iovieno, Thomas) (Entered: 01/25/2007) |
| 01/31/2007 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Sentencing held on 1/31/2007 for Stephen A. Twombly (5), Count(s) 1, 30-32, 4 months imprisonment on each of counts 1, and 30-32, to run concurrently with each other. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prison before 2:00pm on 2/28/07 as notified by the United States Marshal. 2 years supervised release on each of counts 1,and 30-32, to run concurrently with each other. Conditions of supervised release: drug testing is suspended; The defendant shall cooperate in the collection of DNA; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligation remain outstanding. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office. The defendant is to meet with the Internal Revenue Service within the first 30 days of the period of supervision in order to determine the prior tax liability and is to file tax returns and pay any past or future taxes due. Defendant is assess $400.00. Defendant is fined $2,000.00. The fine is to be paid forthwith.. (Court Reporter Pam Owens.) (Lyness, Paul) (Entered: 02/01/2007) |
| 02/01/2007 | 79 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Stephen A. Twombly (5), Count(s) 1, 30-32, 4 months imprisonment on each of counts 1, and 30-32, to run concurrently with each other. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prison before 2:00pm on 2/28/07 as notified by the United States Marshal. 2 years supervised release on each of counts 1,and 30-32, to run concurrently with each other. Conditions of supervised release: drug testing is suspended; The defendant shall cooperate in the collection of DNA; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligation remain outstanding. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office. The defendant is to meet with the Internal Revenue Service within the first 30 days of the period of supervision in order to determine the prior tax liability and is to file tax returns and pay any past or future taxes due. |

| | | |
|---|---|---|
| | | Defendant is assess $400.00. Defendant is fined $2,000.00. The fine is to be paid forthwith. (Lyness, Paul) (Entered: 02/01/2007) |
| 02/26/2007 | 81 | NOTICE OF APPEAL by USA as to Stephen A. Twombly re 79 Judgment,,,,,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/19/2007. (Holik, Lori) (Entered: 02/26/2007) |
| 03/20/2007 | 84 | TRANSCRIPT of Sentencing Hearing as to Thomas P. Stillson, Stephen A. Twombly held on January 31, 2007 before Judge O'Toole. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/20/2007) |