# MANDATE

# United States Court of Appeals
## For the First Circuit

05-10103
USDC/MA
O'Toole, J

No. 07-1521

UNITED STATES
Appellant

v.

STEPHEN A. TWOMBLY
Defendant - Appellee

**JUDGMENT**

Entered: April 23, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

MARGARET CARTER

**Richard Cushing Donovan, Clerk**

By: _____
Chief Deputy Clerk

Deputy Clerk

Date: 4/23/07

[cc: Stephen A. Twombly, Lori J. Holik, AUSA, Thomas J. Iovieno, Esq.]